DAMIAN WILLIAMS
United States Attorney for the
Southern District of New York
By: TOMOKO ONOZAWA
Assistant United States Attorney
86 Chambers Street, 3rd Floor
New York, New York 10007
Telephone:  (212) 637-2721
Facsimile:  (212) 637-2686
E-mail:  tomoko.onozawa@usdoj.gov

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

| | | |
|---|---|---|
| IN RE: | : | APPLICATION FOR AN |
| | : | *EX PARTE* ORDER PURSUANT |
| LETTER ROGATORY FOR | : | TO 28 U.S.C. § 1782(a) |
| INTERNATIONAL JUDICIAL | : | |
| ASSISTANCE FROM THE CENTRAL | : | M 93 |
| DISTRICT COURT ECONOMIC | : | |
| DIVISION LOD, ISRAEL, IN THE | : | |
| MATTER OF ALON S. REHANY | : | |
| v. CLINK SAVINGS | : | |

-------------------------------------------------------x

      Upon the accompanying declaration of Tomoko Onozawa, executed on January 24, 2024, the United States of America, by its attorney, Damian Williams, United States Attorney for the Southern District of New York, petitions this Court for an order pursuant to 28 U.S.C. § 1782(a), appointing Tomoko Onozawa, Assistant United States Attorney, as Commissioner for the purpose of obtaining information as requested by a letter rogatory for International Judicial Assistance from the Central District Court, Economic Division, Lod, Israel, seeking information from Valley National Bank, in New York, New York and Apex Clearing Corporation in New York, NY, in connection with a proceeding pending in that court captioned, *Alon S. Rehany v. Clink Savings (Israel)*.

-2-

Dated:   New York, New York
         January 31, 2024

                Respectfully submitted,

                DAMIAN WILLIAMS
                United States Attorney for the
                Southern District of New York

By:   */s/ Tomoko Onozawa*
      TOMOKO ONOZAWA
      Assistant United States Attorney
      86 Chambers Street, 3rd Floor
      New York, New York 10007
      Tel:  (212) 637-2721
      Fax:  (212) 637-2686
      Email: tomoko.onozawa@usdoj.gov