UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------x

| | | |
|---|---|---|
| IN RE: | : | *EX PARTE* ORDER   24-mc-53 |
| | : | |
| LETTER ROGATORY FOR | : | M 93 |
| INTERNATIONAL JUDICIAL | : | |
| ASSISTANCE FROM THE CENTRAL | : | |
| DISTRICT COURT ECONOMIC | : | |
| DIVISION LOD, ISRAEL, IN THE | : | |
| MATTER OF ALON S. REHANY | : | |
| v. CLINK SAVINGS | : | |

-------------------------------------------------------x

WHEREAS, the United States of America, by its attorney, Damian Williams, United States Attorney for the Southern District of New York, on behalf of the Central District Court, Economic Division, Lod, Israel, is seeking to obtain information from Valley National Bank, in New York, New York and Apex Clearing Corporation in New York, New York, for use in connection with a judicial proceeding pending in that court captioned, *Alon S. Rehany v. Clink Savings (Israel)*;

NOW THEREFORE, it is hereby ORDERED, pursuant to 28 U.S.C. § 1782(a), that Tomoko Onozawa, Assistant United States Attorney, Southern District of New York, be and hereby is appointed as Commissioner, to take such lawful steps as are necessary to obtain information from Valley National Bank and Apex Clearing Corporation and to submit said information to the United States Attorney for the Southern District of New York for transmission to the United States Department of Justice or its designee.

2

IT IS FURTHER ORDERED that the United States Attorney's Office shall serve Valley National Bank and Apex Clearing Corporation with a copy of this Order and the accompanying documents.

Dated: New York, New York
       February 2, 2024

_____
J. PAUL OETKEN
United States District Judge

Part I